UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 21 PM 1: 13

CLERK

BY __AL__
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 2:25-cr-85-1 |
| v. ) | |
| ) | (8 U.S.C. § 1326(a)) |
| SAMUEL ALFARO-SANCHEZ, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 13, 2025, in the District of Vermont, the defendant, SAMUEL ALFARO-SANCHEZ, an alien, was found in the United States after having previously been denied admission, excluded, deported, and removed therefrom on or about July 24, 2018 at or near Nogales, Arizona, and on or about July 30, 2019 at or near El Paso, Texas and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

(8 U.S.C. § 1326(a))

A TRUE BILL

FOREPERSON

*Charles W. Kirkham*
MICHAEL P. DRESCHER (CWK)
Acting United States Attorney
Burlington, Vermont
August 21st, 2025

1